United State[...]
Southern [...]

MAR 19 2026

Nathan Ochsner, Clerk of Court

Daniel R. Field
#02794512
Joe Corley Det. CTR

Pg # 1 of 3
3/12/26

To Honorable George C. Hanks Jr,

Thank You for opening my letter, my name is Daniel R. Field, I am a current federal inmate (USMS #02794512) at Joe Corley Detention Center in Conroe, Texas. I am interested in assisting the United States of America with the following listed information. I have continually attempted to garnish attention to this from my attorney Heather Hughes with no course of action. In addition it has been extremely difficult to safely and confidentially relay this proposed information to the proper federal authority with whom I trust while being incarcerated. I pray that you are capable of helping to conjoin me with proper personnel based on the following.

I have direct access and a range of information to multi-million dollar criminal organization activity in international drug trade, illegal global arms and technology markets consisting of members with the North Korean DPRK Government, Chinese CCP/MSS, and Mexican crime groups/FTO's. In addition, other direct accessable information to specific Foreign Terrorist Organization activity among cell factions of the Cartel Del Golfo, La Linea Cartel, and Sinaloa Cartel.

⟶ BACK

These current organizations are some of our opposing adversaries in the world, I know they consistantly take advantage of secretive international shipping trade routes via wash/proxy countries, circumvent I.E.E.P.A & FINCEN sanctions in specific manners, obfuscate large USD financial transactions, accumulate massive sums of building, chemical and industrial materials directly from the United States of America/Africa/China to fulfill very specific & time sensitive annual orders for submarin builds/enriched uranium 235/plutonium pit production/Global arms trades/reverse engineering of our military technology, hacked global satellite technology systems built from the United States with the help of Ministry of State Security (MSS) espionage personnel working for NASA to successfully run our own software, and Fentanyl chemical agents created in the Guangzhou & Northern most districts of China, among many other things.

It is my duty as an American citizen, patriot and devoted Christian to help my country, child, and future generations safe from these opposing entities.

⇨ NEXT

Honorable Judge George C. Hanks Jr, I am respectfully asking for your help to speak directly with a trusted veteran personnel specifically from the C.I.A (Central Intelligence Agency) and no other agency than this particular one at this time please.

Thank you for your help, I hope to hear back soon.


Sincerely,
Daniel R. Field (#02794512)

Daniel R. Field
#02794512
Joe Corley Det. CTR
500 Hilbig Road
Conroe, TX 77301

✳ LEGAL MAIL/MATERIAL ✳

HOUSTON TX RPDC 773

16 MAR 2026 PM 3 L

★ USA ★ FOREVER ★

This is Legal Mail
Has not been inspected

Honorable George C. Hanks, Jr.
Bob Casey Federal Building
515 Rusk Street
Houston, TX 77002

77002-260445

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER

United States Courts
Southern District of Texas
FILED

MAR 1 9 2026

Nathan Ochsner, Clerk of Court