# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA § Case# H-25-0426

plaintiff §

VS. §

DANIEL RICARDO FIELD §

Defendant §

United States Courts
Southern District of Texas
FILED

APR 09 2026

Nathan Ochsner, Clerk of Court

## MOTION TO DISMISS COUNSEL, AND
## MOTION TO APPOINT NEW COUNSEL

NOW COMES, Daniel Ricardo Field, Defendant in the above captioned cause, and makes this motion for this Honorable Court to enter an order allowing attorney Heather Hughes, to be dismissed from the above styled case as attorney for said defendant, and for grounds therefore, says: The defendant feels that said attorney, Ms. Heather Hughes, has proven to defendant that she DOES NOT show any true, fair, and justly interest in fighting defendants case. The defendant feels that Heather Hughes, can't be trusted with his case by the said attorney and that his case, strategy, constitutional rights and life is at greater risk while having Ms. Heather Hughes as his attorney.

WHERE AS, the defendant sees that the attorney client relationship cannot be mended. Defense counsel failed to conduct a prompt and adequate investigation of the circumstances of the case and explore all avenues leading to the facts relevant to the merits of the case; also failed to timely locate and obtain necessary pertinent material evidense in support of defendants defense, along with filing for requested motions. Furthermore,

defense counsel and defendant are incapable of producing an agreed upon strategy that will not violate defendants constitutional rights. Defendant respectfully requests a hearing outside the presence of a prosecutor and off the record. Tex. R. Prof. Conduct; rule 1.01 competent and diligent representation: (b)(1) States: (A lawyer shall not) neglect a legal matter entrusted to the lawyer; or (2) frequently fail to carry out completely the obligations that the lawyer owed to a client or clients, (C) as used in this rule neglect signifies in attentiveness involving a conscious disregard for the responsibility owed to a client or clients.

WHEREFORE, the defendant prays that this Honorable Court will enter an order allowing said attorney to be dismissed as attorney in this case that is now pending before this court.

Respectfully Submitted,
Daniel Ricardo Field
440 Louisiana St. STE 1350, Houston TX 77002

Came to be considered the above Motion to Dismiss Counsel, and Motion to Appoint New Counsel, which having been considered by the Court, is hereby:

☐ GRANTED

☐ DENIED

And it is so ordered,

HONORABLE George C. Hanks Jr. United States District Judge



Daniel R. Fi[...]
#02794512
Joe Corley Det. CTR
500 Hilbig Road
Conroe, Texas 77301

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER

This is Legal Mail
Has not been inspected

Honorable George C. Hanks Jr.
BOB Casey Federal Building
515 Rusk Street
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED
APR 09 2026
Nathan Ochsner, Clerk of Court

\*LEGAL MAIL/MATERIAL\*