# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                              **Cr. No. H-25-0426**

**DANIEL RICARDO FIELD**

## STATUS REPORT

After consultation with Mr. Field, undersigned counsel requests no changes to the Court's previously entered orders in this case.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By: /s/ Heather Hughes
HEATHER HUGHES
Assistant Federal Public Defender
Southern District of Texas No. 3473328
Texas State Bar No. 24116543
440 Louisiana, Suite 1350
Houston, Texas 77002
Telephone:  713.718.4600
Fax:  713.718.4610

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 22, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney Celia Moyer.

By: <u>/s/ Heather Hughes</u>
HEATHER HUGHES