IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA
Plaintiff
VS.

DANIEL RICARDO FIELD
Defendant

§ Case No. H-25-0426

United States Courts
Southern District of Texas
FILED
OCT 23 2026
Nathan Ochsner, Clerk of Court

# MOTION TO DISMISS COUNSEL AND MOTION TO APPOINT NEW COUNSEL

NOW COMES Daniel Ricardo Field, Defendant in the above captioned Cause and makes this motion for this Honorable Court to enter an order allowing attorney Heather Hughes to be dismissed from the above styled case as attorney for said defendant and for grounds therefore, says: The defendant feels that said attorney MS. Heather Hughes, has proven to defendant that She is incapable of Providing diligent, competent, committed and trustworthy representation in fighting defendants legal case, thereby failing to Properly comply with the Texas Rules of Professional Conduct 1.01, 1.02, and 1.03. The defendant feels that Heather Hughes, can't be trusted with his case by the said attorney and that his objectives, defense strategy, constitutional rights and life is at greater risk while having Ms. Heather Hughes as his attorney.

Where As, the defendant sees that the legal defense position as a client may be negatively

Changed or completely destroyed, and that the attorney-client relationship cannot be mended by any means. Defense counsel continually failed to conduct a prompt and adequate investigation of the circumstances of the case and explore all avenues leading to facts relevant to the merits of the case; also failed to timely locate and obtain crucial missing material pertinent evidence in support of defendants defense, along with neglecting to pursue jointly agreed upon legal objectives adversely affected by the diminishing passage of time while overlooking the statute of limitations. Furthermore, defense counsel completely severed well documented communication for several continuous months during defendants attempted information acquisition and strategy implementation thereby creating delays for defendant causing needless anxiety and undermining confidence in the lawyers trustworthiness. Tex. R. Prof. Conduct; rule 1.01 Competent and diligent representation: (b)(1) States: (A lawyer shall not) neglect a legal matter entrusted to the lawyer; or (2) frequently fail to carry out completely the obligations that the lawyer owed to a client or clients, (c) as used in this rule neglect signifies inattentiveness involving a conscious disregard for the responsibility

owed to a client or clients.

WHEREFORE, the defendant prays that this Honorable Court will enter an order allowing said attorney to be dismissed as attorney in this case that is now pending before this court.

Respectfully Submitted,
Daniel Ricardo Field
10/17/26

Came to be considered the above Motion to Dismiss Counsel, and Motion to Appoint New Counsel, which having been considered by the court, is hereby:

☐ GRANTED

☐ DENIED

And it is so ordered,
Honorable George C. Hanks Jr.
United States DISTRICT JUDGE

Daniel R. Field
#02794512
500 Hilbig Road
Conroe, TX 77301

United States Courts
Southern District of Texas
FILED
OCT 23 2026
Nathan Ochsner, Clerk of Court

CERTIFIED MAIL

7022 2410 0002 9547 8308

HOUSTON TX RPDC 773
2026 PM 1

quadient
FIRST-CLASS MAIL
IMI
$006.33º
10/20/2026 ZIP 77301
043M31242190
US POSTAGE

This is Legal Mail
Has not been inspected

United States District Clerk
P.O. BOX 61010
Houston, TX 77208

77208-101010

INDIGENT
THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER